Certificate Number: 03621-PAE-DE-038884906

Bankruptcy Case Number: 24-13136



03621-PAE-DE-038884906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2024, at 5:51 o'clock PM EDT, Chris Thompson completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 19, 2024

By:  /s/Lashonda Collins

Name:  Lashonda Collins

Title:  Credit Counselor