Certificate Number: 03621-PAE-DE-038885025

Bankruptcy Case Number: 24-13136



03621-PAE-DE-038885025

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on September 19, 2024, at 6:18 o'clock PM EDT, Christopher Thompson completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 19, 2024                By:    /s/Lashonda Collins

                                          Name:  Lashonda Collins

                                          Title: Credit Counselor