MUFG CAPITAL ANALYTICS LLC
325 North St Paul
STE 4700
Dallas TX 75201

1808-4062
ORG1:10 CSD - FOF
EE ID: 60543         DD

*Payrolls by Paychex, Inc.*

CHRISTOPHER THOMPSON
445 RIPKA ST
PHILADELPHIA PA  19128-3336

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Christopher Thompson | | | | | | Salary | M86.6700 | | 3333.33 | M1300.0500 | 49999.95 |
| 445 Ripka St | | | | | | Total Hours | 86.6700 | | | 1300.0500 | |
| Philadelphia, PA  19128-3336 | | | | | | Total Hrs Worked | 86.6700 | | | | |
| Employee ID: 60543 | | | | | | Gross Earnings | | | 3333.33 | | 49999.95 |
| | | | | OTHER ITEMS | | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
| Home Department: 10 CSD - FOF | | | | *Do not increase Net Pay* | | | | | | | |
| | | | | | | Group Term Life | | | 0.90 | | 13.50 |
| Pay Period: 08/01/24 to 08/15/24 | | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| Check Date: 08/15/24    Check #: 58003 | | | | | | | | | | | |
| NET PAY ALLOCATIONS | | | | | | Social Security | | | 203.76 | | 3056.29 |
| | | | | | | Medicare | | | 47.66 | | 714.78 |
| DESCRIPTION | THIS PERIOD ($) | | YTD ($) | | | Fed Income Tax | SMS | | 382.84 | | 5742.60 |
| Check Amount | 0.00 | | 0.00 | | | PA Income Tax | | | 100.86 | | 1512.90 |
| Chkg 349 | 2535.98 | | 38039.93 | | | PA Unemploy | | | 2.33 | | 34.95 |
| NET PAY | 2535.98 | | 38039.93 | | | | | | | | |
| | | | | | | TOTAL | | | 737.45 | | 11061.52 |
| | | | | DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| | | | | | | Dental Pretax | | | 4.35 | | 65.25 |
| | | | | | | Legal | | | 12.00 | | 180.00 |
| | | | | | | Medical Pretax | | | 43.55 | | 653.25 |
| | | | | | | TOTAL | | | 59.90 | | 898.50 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2535.98 | 38039.93 |

*Payrolls by Paychex, Inc.*
**0940 1808-4062** MUFG Capital Analytics LLC • 325 North St Paul • STE 4700 • Dallas TX  75201 • (214) 459-9812

MUFG CAPITAL ANALYTICS LLC
325 North St Paul
STE 4700
Dallas TX 75201

1808-4062
ORG1:10 CSD - FOF
EE ID: 60543    DD

CHRISTOPHER THOMPSON
445 RIPKA ST
PHILADELPHIA PA  19128-3336

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Christopher Thompson | | |
| 445 Ripka St | | |
| Philadelphia, PA  19128-3336 | | |
| Employee ID: 60543 | | |
| Home Department: 10 CSD - FOF | | |
| Pay Period: 07/16/24 to 07/31/24 | | |
| Check Date: 07/31/24    Check #: 57652 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 349 | 2536.00 | 35503.95 |
| **NET PAY** | **2536.00** | **35503.95** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | M86.6700 | | 3333.33 | M1213.3800 | 46666.62 |
| | | Total Hours | 86.6700 | | | 1213.3800 | |
| | | Total Hrs Worked | 86.6700 | | | | |
| | | Gross Earnings | | | 3333.33 | | 46666.62 |

| OTHER ITEMS Do not increase Net Pay | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Group Term Life | | | 0.90 | | 12.60 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 203.75 | 2852.53 |
| | Medicare | | 47.65 | 667.12 |
| | Fed Income Tax | SMS | 382.84 | 5359.76 |
| | PA Income Tax | | 100.86 | 1412.04 |
| | PA Unemploy | | 2.33 | 32.62 |
| | **TOTAL** | | 737.43 | 10324.07 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | Dental Pretax | 4.35 | 60.90 |
| | Legal | 12.00 | 168.00 |
| | Medical Pretax | 43.55 | 609.70 |
| | **TOTAL** | 59.90 | 838.60 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2536.00 | 35503.95 |

Payrolls by Paychex, Inc.
0940 1808-4062 MUFG Capital Analytics LLC • 325 North St Paul • STE 4700 • Dallas TX  75201 • (214) 459-9812

MUFG CAPITAL ANALYTICS LLC
325 North St Paul
STE 4700
Dallas TX 75201

1808-4062
ORG1:10 CSD - FOF
EE ID: 60543    DD

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

CHRISTOPHER THOMPSON
445 RIPKA ST
PHILADELPHIA PA  19128-3336

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Christopher Thompson | | |
| 445 Ripka St | | |
| Philadelphia, PA  19128-3336 | | |
| Employee ID: 60543 | | |
| Home Department: 10 CSD - FOF | | |
| Pay Period: 07/01/24 to 07/15/24 | | |
| Check Date: 07/15/24    Check #: 57304 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 349 | 2536.00 | 32967.95 |
| **NET PAY** | **2536.00** | **32967.95** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | M86.6700 | | 3333.33 | M1126.7100 | 43333.29 |
| | | Total Hours | 86.6700 | | | 1126.7100 | |
| | | Total Hrs Worked | 86.6700 | | | | |
| | | Gross Earnings | | | 3333.33 | | 43333.29 |

| OTHER ITEMS Do not increase Net Pay | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Group Term Life | | | 0.90 | | 11.70 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 203.75 | 2648.78 |
| | Medicare | | 47.65 | 619.47 |
| | Fed Income Tax | SMS | 382.84 | 4976.92 |
| | PA Income Tax | | 100.86 | 1311.18 |
| | PA Unemploy | | 2.33 | 30.29 |
| | TOTAL | | 737.43 | 9586.64 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | Dental Pretax | 4.35 | 56.55 |
| | Legal | 12.00 | 156.00 |
| | Medical Pretax | 43.55 | 566.15 |
| | TOTAL | 59.90 | 778.70 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2536.00 | 32967.95 |

Payrolls by Paychex, Inc.
0940 1808-4062 MUFG Capital Analytics LLC • 325 North St Paul • STE 4700 • Dallas TX  75201 • (214) 459-9812