MUFG CAPITAL ANALYTICS LLC
325 North St Paul
STE 4700
Dallas TX 75201

1808-4062
ORG GL-EE-DD
EE ID: 60543        DD

Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.
NON-NEGOTIABLE
NON-NEGOTIABLE

CHRISTOPHER THOMPSON
445 RIPKA ST
PHILADELPHIA PA  19128-3336

---

**PERSONAL AND CHECK INFORMATION**
Christopher Thompson
445 Ripka St
Philadelphia, PA  19128-3336
**Employee ID:** 60543

**Home Department:** 10 CSD - FOF

**Pay Period:** 09/01/24 **to** 09/15/24
**Check Date:** 09/13/24    **Check #:** 58730

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 349 | 2536.00 | 43111.93 |
| **NET PAY** | **2536.00** | **43111.93** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | M86.6700 | | 3333.33 | M1473.3900 | 56666.61 |
| | | **Total Hours** | 86.6700 | | | 1473.3900 | |
| | | **Total Hrs Worked** | 86.6700 | | | | |
| | | **Gross Earnings** | | | 3333.33 | | 56666.61 |

| OTHER ITEMS | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| Do not increase Net Pay | Group Term Life | | | 0.90 | | 15.30 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 203.75 | 3463.79 |
| | Medicare | | 47.65 | 810.08 |
| | Fed Income Tax | SMS | 382.84 | 6508.28 |
| | PA Income Tax | | 100.86 | 1714.62 |
| | PA Unemploy | | 2.33 | 39.61 |
| | **TOTAL** | | 737.43 | 12536.38 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | Dental Pretax | 4.35 | 73.95 |
| | Legal | 12.00 | 204.00 |
| | Medical Pretax | 43.55 | 740.35 |
| | **TOTAL** | 59.90 | 1018.30 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2536.00** | **43111.93** |

Payrolls by Paychex, Inc.
0940 1808-4062 MUFG Capital Analytics LLC • 325 North St Paul • STE 4700 • Dallas TX  75201 • (214) 459-9812

MUFG CAPITAL ANALYTICS LLC
325 North St Paul
STE 4700
Dallas TX  75201

0940 1808-4062
ORG: 1808-40
EE ID: 60543          DD

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

CHRISTOPHER THOMPSON
445 RIPKA ST
PHILADELPHIA PA  19128-3336

---

**PERSONAL AND CHECK INFORMATION**
Christopher Thompson
445 Ripka St
Philadelphia, PA  19128-3336
**Employee ID:** 60543

**Home Department:** 10 CSD - FOF

**Pay Period:** 08/16/24 **to** 08/31/24
**Check Date:** 08/30/24      **Check #:** 58367

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 349 | 2536.00 | 40575.93 |
| **NET PAY** | **2536.00** | **40575.93** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | M86.6700 | | 3333.33 | M1386.7200 | 53333.28 |
| | | **Total Hours** | 86.6700 | | | 1386.7200 | |
| | | **Total Hrs Worked** | 86.6700 | | | | |
| | | **Gross Earnings** | | | 3333.33 | | 53333.28 |

| OTHER ITEMS | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| Do not increase Net Pay | Group Term Life | | | 0.90 | | 14.40 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 203.75 | 3260.04 |
| | Medicare | | 47.65 | 762.43 |
| | Fed Income Tax | SMS | 382.84 | 6125.44 |
| | PA Income Tax | | 100.86 | 1613.76 |
| | PA Unemploy | | 2.33 | 37.28 |
| | **TOTAL** | | 737.43 | 11798.95 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | Dental Pretax | 4.35 | 69.60 |
| | Legal | 12.00 | 192.00 |
| | Medical Pretax | 43.55 | 696.80 |
| | **TOTAL** | 59.90 | 958.40 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2536.00** | **40575.93** |

MUFG CAPITAL ANALYTICS LLC
325 North St Paul
STE 4700
Dallas TX 75201

1808-4062
ORG ID: 4001
EE ID: 60543          DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

CHRISTOPHER THOMPSON
445 RIPKA ST
PHILADELPHIA PA  19128-3336

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Christopher Thompson | | |
| 445 Ripka St | | |
| Philadelphia, PA  19128-3336 | | |
| **Employee ID:** 60543 | | |
| | | |
| **Home Department:** 10 CSD - FOF | | |
| | | |
| **Pay Period:** 08/01/24 **to** 08/15/24 | | |
| **Check Date:** 08/15/24     **Check #:** 58003 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 349 | 2535.98 | 38039.93 |
| **NET PAY** | **2535.98** | **38039.93** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | M86.6700 | | 3333.33 | M1300.0500 | 49999.95 |
| | | **Total Hours** | 86.6700 | | | 1300.0500 | |
| | | **Total Hrs Worked** | 86.6700 | | | | |
| | | **Gross Earnings** | | | 3333.33 | | 49999.95 |

| OTHER ITEMS | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | | | | | | |
| | Group Term Life | | | 0.90 | | 13.50 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 203.76 | 3056.29 |
| | Medicare | | 47.66 | 714.78 |
| | Fed Income Tax | SMS | 382.84 | 5742.60 |
| | PA Income Tax | | 100.86 | 1512.90 |
| | PA Unemploy | | 2.33 | 34.95 |
| | **TOTAL** | | 737.45 | 11061.52 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | Dental Pretax | 4.35 | 65.25 |
| | Legal | 12.00 | 180.00 |
| | Medical Pretax | 43.55 | 653.25 |
| | **TOTAL** | 59.90 | 898.50 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2535.98** | **38039.93** |

*Payrolls by Paychex, Inc.*

0940 1808-4062 MUFG Capital Analytics LLC • 325 North St Paul • STE 4700 • Dallas TX  75201 • (214) 459-9812