United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-13136-pmm

Christopher Thompson     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 23, 2025     Form ID: 155     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Thompson, 445 Ripka Street, Philadelphia, PA 19128-3336 |
| 14923631 | ++ | ECSI FEDERAL PERKINS LOAN SERVICER, ATTN DEPARTMENT OF EDUCATION, 1200 CHERRINGTON PARKWAY, SUITE 200, MOON TWP PA 15108-4354 address filed with court:, ECSI, Attn Bankruptcy, 1200 Cherrington Parkway, Suite 200, Coraopolis, PA 15108 |
| 14925627 | + | PENNYMAC LOAN SERVICES, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14923621 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 01:01:23 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14923622 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 00:48:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14923623 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 00:47:48 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14923624 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 24 2025 00:47:44 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14923625 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 24 2025 00:48:17 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14925298 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2025 00:47:44 | Capital One Auto Finance, a division, of Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14925123 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2025 01:12:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14935105 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2025 00:47:44 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14934318 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2025 01:01:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14923626 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2025 01:01:15 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14923627 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2025 00:48:23 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD |

Case 24-13136-pmm   Doc 29   Filed 01/25/25   Entered 01/26/25 00:40:19   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: 155 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14923628 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 24 2025 00:43:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14931994 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14923630 | + | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14923629 | + | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14923633 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2025 00:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14934494 | + | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 00:47:46 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14925569 | ^ | MEBN | Jan 24 2025 00:34:05 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14944527 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2025 00:42:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14923636 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2025 00:42:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 14923637 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2025 00:42:00 | PNC Financial, Pnc Cb Investigations, Cleveland, OH 44101 |
| 14923634 | + | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 01:01:23 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14923635 | + | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 00:48:22 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14939815 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 00:47:46 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14923638 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:47:48 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14923639 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:47:44 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14930077 | ^ | MEBN | Jan 24 2025 00:34:26 | U.S. Department of Education, ECSI Federal Perkins Loan Servicer, P.O. Box 836, Moon Township, PA 15108-0836 |
| 14923641 | | Email/Text: bknotice@upgrade.com | Jan 24 2025 00:41:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 14923640 | | Email/Text: bknotice@upgrade.com | Jan 24 2025 00:41:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14929556 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 24 2025 00:43:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14923642 | + | Email/Text: support@ymalaw.com | Jan 24 2025 00:42:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14923632 | ##+ | ECSI, 181 Montour Run Road, Coraopolis, PA 15108-9408 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: 155 | Total Noticed: 34 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Christopher Thompson support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Christopher Thompson<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−13136−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 23, 2025                                          For The Court

                                                                                           Patricia M. Mayer<br>
                                                                                           Judge, United States Bankruptcy Court